IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE MANUEL TREJO | § | |
| | § | |
| V. | § | C.A. NO. 00-13 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall prepare the case for decision by the district judge assigned to the case. 28 U.S.C. § 636. On case or party dispositive motions where decision of the district judge is necessary, the magistrate judge shall make recommendations to the district judge promptly with notice to the parties.

ORDERED this __28__ day of __January__, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE