IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSE MANUEL TREJO, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-13 |
| § | |
| GARY L. JOHNSON, § | |
|     Respondent. § | |

## NOTICE OF INTENT TO TREAT DEFENDANT'S MOTION TO DISMISS AS A MOTION FOR SUMMARY JUDGMENT AND ORDER TO FILE STATE COURT RECORD

Respondent has filed a motion to dismiss pursuant to 28.U.S.C. §2244(d). (D.E. 7) In his motion he relies upon matters outside of the pleading, namely the state court records to be filed under separate cover. Notice is hereby given that respondents' motion will be treated as a motion for summary judgment. Fed. R. Civ. P. 12(b), 56.

Respondent represented on March 27, 2000, he would file Petitioner's state court habeas application file under separate cover. To date he has not done so. Accordingly, Respondent is ordered to file the state habeas corpus records and proof petitioner did not seek discretionary review within 10 days from the date of this order.

Petitioner is granted 20 days from the date of this order to challenge the accuracy of the records relied upon by respondent, or to submit additional evidence. Petitioner's supplemental response is due within 20 days of the date of this order.

This order is not intended to operate as a waiver of any party's right at a later date to file dispositive motions on any issue other than limitations.

ORDERED this 13 day of April, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE