CLERK:
Micheal N. Milby
Southern District Court
501 Starr Room 101
Corpus Christi, Texas 75860

United States District Court
Southern District of Texas
FILED
JUN 30 2000
Michael N. Milby, Clerk

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 30 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

June 27-2000

RE: Jose Manuel Trejo -v- Gary L. Johnson
Civil Action No. C-00-13

Dear Sir:

On the 13th day of April 2000., Magistate Judge B. Janice Ellington "ORDERED" the Respondent to file state habeas corpus records AND proof petitioner did not seek discretionary review within 10 days from the date of her order. To this date I have not recieve any copy's of any Disposition motion file by Respondent:

I am requesting dispositition of any and all fact finding, and/or recommandations -or- order's made by this court since April 13-2000 to June 27-2000.

Thank you for your time and your kind assistance in this matter.

God richly bless you & your's

CC: To: Edwin Sullivan
P.O. Box 12548 Capitol Station
Austin, Texas 78711

Sincerely
Jose Manuel Trejo
Rt 2, Box 500
Teague City, Texas 75860