IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE MANUEL TREJO | § § | 16. |
| VS. | § § | CIVIL ACTION NO. C-00-13 |
| GARY L. JOHNSON, DIRECTOR TDCJ-ID | § § § | |

## FINAL JUDGMENT

A final judgment is entered dismissing plaintiff's habeas corpus petition which was filed pursuant to 28 U.S.C. §§ 2254 and 2241.

ORDERED this __2__ day of __March__, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE