IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI, TEXAS

United States District Court
Southern District of Texas
FILED

MAR 1 [ ]

MICHAEL N. MILBY, CLERK

JOSE MANUEL TREJO           *

VS.                         *    CIVIL ACTION No. C-00-13

GARY JOHNSON, DIRECTOR      *
TDCJ-ID
                            *

OBJECTION'S TO FINAL JUDGMENT

TO THE JUDGE OF SAID COURT:

COMES NOW JOSE MANUEL TREJO PRO-SE, AND submit this objection's to FINAL ORDER. Petitioner will show this Court the Following:

**1.**

Petitioner object to the Dismissing the Application FOR WRIT OF HABEAS CORPUS which was filed pursuant to 28 U.S.C. § 2254 and 2241, for the below reasons:

A) Petitioner's allegation's of Constitutional rights violation were never heard by State Court, nor Court of Criminal Appeals;

B) Petitioner's allegation's were never heard by Court of Criminal Appeal, in that, a member of that Court is Bias (bias), Judge Tom Price who hear's Writ of Habeas Corpus filed by prisoner who rights were violated, stated "that he would be willingly to ignore Constitutional safeguards afforded to every person accused of a crime. Exhibit (A)

1.

17.

C.) Petitioner was not appointed a Qualified Counsel to help him file his Federal Writ within the one (1) year limitation as provided by the A.T.D.P.A. of (1996).

D.) Petitioner was not allowed to object to the Record the Respondent relied for Summary Judgment.

This Court allowed the Respondent to openly commit "Procedural Default".

2.

Petitioner object to Judge Order in that, his claim are being analize under the A.E.D.P.A. Act of 1996.

Petitioner's claim should off been analize under the clearly established Law that was the 'Rule' of Law at the time, his State Court-Conviction became Final. [i.e. 1991] Strickland -v- Washingt. 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed. 2d 674 (1984). The Act of (1996) ensure the Appointment of qualified counsel to represent indigent Petitioner's in State Post Conviction proceeding. Petitioner by "Statute" has a Right to Counsel and that right is meaning-less unless Counsel is appointed and given adequate opportunity to investigate the case and file on behalf of the Defendant 21 U.S.C. §§ 848 (q) (4)(B). The Appointment of Counsel is crucial because the defendant will be unlikely to file successful petitions for collateral relief without the Assistance of Person Learned in the Law...

3)

Petitioner object's to Judge Order in that, Federal Court can issue the Writ 'under the' "unreasonable application Clause," the Statute is clear that habeas may issue under §§ 2254 (d)(1) if a State Court "decision" is 'contrary to clearly established

Pg- 2-

law. Section 2254(0) requires Federal Courts to give State Courts opinions a Respectfully reading, AND to listen carefully to their conclusions [i.e. Denied without written order] but when the State Court addresses a legal question, "IT IS THE LAW AS DETERMINED BY THE SUPREME COURT OF THE UNITED STATES That Prevails Williams-V-Taylor 120 S.Ct. 1495 (2000).

"Clipping"

4).

Exhibit (A) Attack Bias Judges Report

Petitioner object to Judge Order in that, petitioner will be punish For committing Procedural-Default; However the State of Texas will be allowed to comit Procedural Default and will be Rewarded for it in Dismissing Petitioner Federal Application.

Petitioner has a FIFTH GRADE Education However where is the Justice he Deserve

Petition Ask This Court To Appoint A Qualified Counsel To Represent AN Appeal on this Injustice.

May GOD Richly Bless You's Family

Petitioner ask This Court To Reconsider it's Order, AN Appoint counsel

sc.
J.m.T March 28-2001

Submitted by
/s/ Jose Manuel Trejo
Jose Manuel Trejo
RT-2 Box 500
Teague City, Texas
75860

pg-3

Morning News    Wednesday, January 31, 2001    **TEXAS & SOUTHWEST**

# Judge warned on improper campaign materials

...t of Criminal Appeals distributed inappropriate materials that indicated the court, the State Judicial Conduct said...

...sued a public warning [to] a Republican who [has served on the] court since 1997 and [is the] presiding judge in...

...ry.

...ho was defeated in [his bid for] presiding judge by... — did not immediately return telephone messages left at his court office late Tuesday afternoon.

The nine-member Court of Criminal Appeals is the state's highest court for hearing criminal cases. Judges are elected on a statewide ballot.



Tom Price

Judge Price's campaign materials said he was an advocate for victims of crimes. The materials included a mission statement that read: "I'm very tough on crimes where there are victims who have been physically harmed. In such cases, I do not believe in leniency. I have no feelings for the criminal. All my feelings lie with the victim."

The commission said Judge Price's materials suggested that if elected presiding judge, he would treat violent criminals more harshly and would be willing to ignore constitutional safeguards afforded to every person accused of a crime.

The rules of judicial conduct require a judge to [uphold] the law and act in a way that [promotes] public confidence in the integrity of [the] judicial system.

Judges are not supposed to make pledges or promises of conduct other than to faithfully perform the duties of the office.

The commission also found that Judge Price's campaign materials inappropriately used photos of himself with George W. Bush and former President Ronald Reagan.

The commission said the photos gave voters the impression that the two Republicans had endorsed his campaign.

According to the commission, Judge Price defended the campaign materials as his personal judicial philosophy, which is allowed in limited circumstances in a judicial campaign.

He said the campaign materials did not break the rules because voters would know the court does not deal with leniency issues, an assertion disputed by the commission.

The appeals court consistently deals with leniency cases, including cases in which appellants ask it to review a sentence or whether their constitutional rights were violated.

If the court did not deal with leniency issues, "then it would be irrelevant," the commission said.